## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; KRISTA HOLLOWAY, and DOUGLAS HOLLOWAY | ) ) ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-0056-KKC |
| | ) |
| ELECTROLUX NORTH AMERICA, INC. | ) |
| | ) |
| Defendant | ) |

## STATE FARM AND THE HOLLOWAY'S
## RULE 26(A)(1) DISCLOSURES

Plaintiffs, State Farm Fire and Casualty Company ("State Farm"), and Krista and Douglas Holloway ("the Holloways"), by counsel, hereby make their initial disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

State Farm and the Holloways are providing their initial disclosures as required by Rule 26(A)(1), based upon current information. These disclosures are made with the recognition that any right to object to the production, relevancy or admissibility of the information therein is reserved. State Farm and the Holloways also reserve their right to modify, amend or supplement their disclosures herein, as discovery in this matter has just commenced.

    A.    Persons with discoverable information concerning issues raised by the allegations in the pleadings herein.

        1.    Krista and Douglas Holloway
                3953 Northampton Drive
                Lexington, KY 40517

The Holloways are parties and at the time of the fire herein, were insured by State Farm. They are expected to have information concerning the clothes dryer at issue, the circumstances of the fire, and the damages result from the fire.

2.      State Farm Fire and Casualty Company.

A representative of State Farm will have discoverable information concerning the dryer, fire, and resulting damages.

3.      Certain unnamed persons employed by the Defendant, Electrolux, would be expected to have discoverable information concerning the issues in this case.

4.      Personnel of the Lexington Fire Department, as identified by its Fire Investigation Report, and its Incident Detail Report, all of whom responded to the fire at issue in this litigation.

5.      Representatives of Fire Investigation Services, including Scott Bennett and Bruce Van Dorpe, who performed an investigation into the fire at issue in this action.

6.      Representatives of Fire Finding Investigations
        206 Plaza Drive
        P.O. Box 8637
        Benton Harbor, Michigan 49023-8637

Including Nathan P. Dwyer, who conducted an examination of the dryer at issue herein.

7.      Individuals hired by Electrolux to conduct an examination of the fire scene, or the dryer involved, including Robert Sampey, Jr., of Engineering Systems, Inc.

8.      Individuals identified and/or involved in the damage estimate process or the repairs of the Holloways residence, all of whom are identified in the damage documentation to be supplied to Electrolux.

B.      All documents, exhibits or tangible items that may be relevant to the issues in this case. Those such items within the control of State Farm and the Holloways will be, or have been provided previously to Elextrolux.

1.      Photographs of the Holloways' residence.

2.      Personal property inventories and documentation concerning damages incurred as a result of the fire.

3.      Various real property estimates and damage calculations concerning the damage suffered by the Holloways' residence.

4.     Records of the Lexington Fire Department.

5.     Any and all documents and/or reports generated by any person or company identified above.

C.     Damages claimed by State Farm and the Holloways.

The Plaintiffs incurred at least $86,564.16 in damages, based upon damage to the personal property of the Holloways, the home or residence of the Holloways, and alternative living expenses incurred during the repair of the Holloways' home.

Respectfully submitted,

**BARNETT, PORTER & DUNN**
**Kenneth E. Dunn (KBA #81257)**
**Robert E. Barnett (KBA #03450)**

**s/s Kenneth E. Dunn**
Lakeview Building, Suite 401
100 Mallard Creek Road
Louisville, Kentucky 40207
Office: (502) 893-1385
Fax:     (502) 893-8803
kdunn@barnettporterdunn.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

It is hereby certified the on April 19, 2012, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to the following:

Whitney Frazier Watt
Sarah Grider Cronan
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone:  (502) 587-3400
Fax:          (502) 587-6391
wwatt@stites.com
Counsel for Defendant

**s/s Kenneth E. Dunn**
**Attorney for Plaintiffs**